IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:23CR234-1 |
| TYJON PHILANDUS SNIPES | : |

The Grand Jury charges:

From on or about October 1, 2022, up to and including on or about October 29, 2022, the exact dates to the Grand Jurors unknown, in the County of Lee, in the Middle District of North Carolina, TYJON PHILANDUS SNIPES willfully did receive in and affecting commerce a firearm, that is, a Sig Sauer 9mm handgun, while under indictment for a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that indictment; in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, TYJON PHILANDUS SNIPES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. Sig Sauer 9320 9mm pistol, serial number M18A015839.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: June 26, 2023

SANDRA J. HAIRSTON
United States Attorney

*Laura J. Dildine*
BY: LAURA J. DILDINE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON